UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 20-450-DMG (KSx)** | Date | August 27, 2020 |
| Title | *Chris Langer v. Opt Beverly LLC, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS — ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED AS MOOT [44]**

On August 25, 2020, Plaintiff Chris Langer filed a Notice of Indication of Mootness noting that his sole remaining claim for injunctive relief under the Americans with Disabilities Act ("ADA") has been rendered moot by the permanent closure of Defendants' relevant place of public accommodation. [Doc. # 44.]

In light of this notice, the parties are **ORDERED TO SHOW CAUSE** in writing by no later than **September 4, 2020** why this action should not be dismissed, with prejudice, as moot. *See Kohler v. Southland Foods, Inc.*, 459 F. App'x 617, 618 (9th Cir. 2011) ("[ADA] claims for prospective injunctive relief became moot once the [public accommodation] ceased operation."); *Ecological Rights Found. v. Pac. Lumber Co.*, 230 F.3d 1141, 1153 (9th Cir. 2000) ("An action becomes moot if the controversy is no longer live because an event occurs that precludes the court from ordering effective relief.").

IT IS SO ORDERED.